CLERK, U.S. DISTRICT COURT
JUN 25 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. CARROLL, | Case No. CV 08-4752-SJO (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MELISSA LEA, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 6/26/17

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE